**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROXANA JANET DOMINGUEZ-GARCIA,<br><br>　　　　　　　　Defendant. | Case No.: 26CR1026-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE; ORDER TO EXONERATE THE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice and the bond in this case be exonerated.

IT IS SO ORDERED.

DATED: April 1, 2026.

_William Q. Hayes_

_____
HONORABLE WILLIAM Q. HAYES
United States District Judge
Southern District of California